# United States District Court

DISTRICT OF __MASSACHUSETTS__

UNITED STATES OF AMERICA
v.

**Edmilson Gomes Pinto**

*Amended*
**CRIMINAL COMPLAINT**

CASE NUMBER: 04-156

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __July 29, 2002__ in __Suffolk__ County, in the _____ District of __Massachusetts__ defendant, (Track Statutory Language of Offense)

did knowingly possess a false identification document which appeared to be issued by or under the authority of the United States, knowing that such document was produced without lawful authority

in violation of Title __18__, United States Code, Section(s) __1028(a)(6)__ ;

I further state that I am a(n) __Special Agent, Social Security Administration__ and that this complaint is based on the following facts:
                                    Official Title

   **See Attached Affidavit**

Continued on the attached sheet and made a part hereof: ☒ Yes   ☐ No

Signature of Complainant
**Vance Ely**
**Special Agent, Social Security Administration**
**United States Department of the Treasury**

Sworn to before me and subscribed in my presence,

September 10, 2004                                at        Boston, Massachusetts
Date                                                        City and State

Lawrence P. Cohen, United States Magistrate Judge
Name & Title of Judicial Officer                              Signature of Judicial Officer

### AFFIDAVIT OF SPECIAL AGENT VANCE ELY

I, Vance Ely, having been duly sworn, do hereby depose and state as follows:

1. I have been a Special Agent with the United States Social Security Administration ("SSA"), Office of the Inspector General, Office of Investigations, Boston Field Office, since May 1997. My duties include investigating violations of Title 42 and Title 18 of the United States Code. During the period of my employment, I have conducted numerous investigations of fraud and other criminal violations. I was previously employed by the United States Department of Justice, Immigration & Naturalization Service, as an Immigration Inspector for 4 ½ years. I also hold a Bachelor of Science degree from Westfield State College.

2. SSA is an agency within the Executive Branch of the United States Government responsible for approving applications for Social Security Numbers and issuing Social Security Number Cards to eligible applicants, as well as managing and administering retirement, disability, survivor benefits, and Supplemental Security Income programs to our nation's eligible beneficiaries.

3. The Social Security Act (42 U.S.C. §301 et seq.) was enacted in 1935 to provide for the general welfare by establishing a system of Federal Benefits. The Social Security Number ("SSN"), a nine digit number, was devised as a means to keep track of the earnings of individuals who work under covered employment. Along with the SSN, the Social Security Number Card ("SSNC") was created. SSNCs are issued with or without employment restrictions depending upon the eligibility of the individual making application. The Social Security Number Card bears a Social Security Number; shows the name of the person whose record is identified by that SSN; and contains a space for the person's signature.

4. The information set forth in this affidavit is based on my own investigation, my review of relevant SSA records, and information provided by others. This affidavit does not contain all information received during the course of the investigation but contains those facts that I believe are necessary and sufficient to establish probable cause for the issuance of the requested criminal complaint charging Edmilson Gomes Pinto with fraud in violation of 18 U.S.C. §1028(a)(6).[1]

---

[1] 18 U.S.C. §1028(a)(6) provides in pertinent part: Whoever ... knowingly possesses an identification document that is or appears to be an identification document of the United States which is ... produced without lawful authority knowing that such document was ... produced without such authority [shall be guilty of a crime].

2

5. Pinto is a native and citizen of Brazil and, according to records maintained by Immigration and Customs Enforcement, at all relevant times he has not been present legally in the United States.

6. As an alien illegally present in the United States, Pinto is not entitled to receive a Social Security Account number card.

7. On May 30, 2001, Pinto applied for a Social Security Account number card. Pinto falsely represented on the application, known as an SS-5, that he was a legal alien allowed to work, knowing that, in truth and in fact, he was not a legal alien allowed to work.[2]

8. As a result of providing false information, Pinto received and possessed a Social Security card with social security account number 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.

9. On 7/29/02, Pinto applied for a Massachusetts Driver's license. On the application, Pinto provided the social security number he had fraudulently obtained. The Massachusetts

---

[2] Defendant's SS-5 application was processed by former SSA employee Jesse Rocha. On September 8, 2003, he pled guilty to conspiracy to commit fraud in connection with identification documents in violation of 18 U.S.C. §1028(f); conspiracy to commit offenses against the United States in violation of 18 U.S.C. §371; conspiracy to launder monetary instruments in violation of 18 U.S.C. §1956(h) and fraud and misuse of documents in violation of 18 U.S.C. §1546(a). During his plea colloquy, Rocha admitted to processing and approving over 1700 applications for SSNCs for illegal aliens during the period from April 2000 to December 2002. See Ind. 02-10405-GAO.

RMV requires that an individual applying for a driver's license present proof of identification, such as a social security account number, to obtain a driver's license.

    10. Based upon the foregoing information, there is probable cause to believe that on 7/29/02, Pinto did knowingly possess an identification document that is or appears to be an identification document of the United States which was produced without lawful authority, knowing that such document was produced without such authority, in violation of Title 18, United States Code, Section 1028(a)(6).

_____
Vance Ely
Special Agent
United States Social Security Administration
Office of Inspector General

Subscribed and sworn to before me this 10 day of September, 2004
_____
LAWRENCE P. COHEN
UNITED STATES MAGISTRATE JUDGE

4

%JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** Boston   **Category No.** II   **Investigating Agency** ICE

**City** Boston   **Related Case Information:**

**County** Suffolk

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number   04-00056-LPC
Search Warrant Case Number _____
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Edmilson Gomes Pinto   **Juvenile** ☐ Yes  [x] No

**Alias Name** _____

**Address** 2-2A First Street, Medford, MA 02155

**Birth date (Year only):** 1966   **SSN (last 4 #):** 3590   **Sex** m   **Race:** _____   **Nationality:** Brazil

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

### U.S. Attorney Information:

**AUSA** Dena T. Sacco   **Bar Number if applicable** _____

**Interpreter:** [x] Yes  ☐ No   **List language and/or dialect:** Portuguese

**Matter to be SEALED:** ☐ Yes  [x] No

☐ Warrant Requested   ☐ Regular Process   [x] In Custody

### Location Status:

**Arrest Date:** 8/31/04

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   [x] Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty   [x] Misdemeanor one   ☐ Felony

Continue on Page 2 for Entry of U.S.C. Citations

[x]   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 9/09/04   **Signature of AUSA:** /s/ Dena T. Sacco

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant** _____

U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1028(a)(6) | possession of identification document | |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**